SAMUEL H. LUMMIS, as Trustee in Bankruptcy of J.
SPENCER CROSBY & Co., Appellant, *v.* J. SPENCER
CROSBY et al., Defendants, and ANNA H. STIER,
Respondent.

*Lummis* v. *Crosby*, 181 App. Div. 884, affirmed.

(Argued September 30, 1918; decided October 15, 1918.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the second judicial
department, entered November 2, 1917, which affirmed
an order of Special Term granting a motion by defend-
ant, respondent, for judgment on the pleadings. This
action was brought under sections 90, 91 and 91-a of the
General Corporation Law, to compel the defendants
(other than the defendant corporation) to account for
their official conduct in the management and disposition
of the funds of the corporation of J. Spencer Crosby &
Company, and compelling them to pay to the corpora-
tion or its creditors any money, and value of any prop-
erty which they had illegally acquired to themselves or
transferred to others through any neglect of or failure
to perform or of any other violation of their duties.
The complaint alleged that the respondent Stier some
six months before the defendant Crosby & Co. was
adjudicated bankrupt was an officer and stockholder
thereof, and that the president of said corporation pur-
chased her stock paying her therefor out of the funds
of the corporation. The complaint was held insufficient
on the ground that it failed to allege that any of the
creditors were such at the time of the diversion of the
corporate property. The following questions were cer-
tified: " 1. Does the complaint in this action set forth
a cause of action? 2. Is the order of the court below
sustaining judgment in favor of the respondent on the
pleadings correct? "

*Irving L. Ernst* for appellant.

*Lynn C. Norris* and *Arthur P. Hilton* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, HOGAN and MCLAUGHLIN, JJ. Not sitting: CRANE, J.